# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| CHARLOTTE HERRON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, Commissioner )<br>of Social Security, )<br>)<br>Defendant. ) | No. 3:07-cv-137<br>(Phillips/Guyton) |

## ORDER

On August 4, 2008, the Honorable H. Bruce Guyton, United States Magistrate Judge, issued a Report and Recommendation ("R&R") [Doc. 23], in which he recommended that plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. Subsection 2412 [Doc. 21] be granted, due to the government's concession that its position was not substantially justified. The deadline for timely objections has passed with no such objections having been filed. Accordingly, the R&R is **ACCEPTED IN WHOLE**, which the court adopts and incorporates into this ruling. Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. Subsection 2412 [Doc. 21] is **GRANTED**, whereby plaintiff is awarded attorney's fees in the amount of $3,159.00.

**IT IS SO ORDERED**.

**ENTER:**

s/ Thomas W. Phillips
United States District Judge